IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Margaret R. Bucelli,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JO ANNE B. BARNHART,** | : | No. 06-544 |
| **Commissioner of the** | : | |
| **Social Security Administration,** | : | |
| **Defendant** | : | |

**ORDER**

AND NOW, this 12th day of February, 2007, upon consideration of the parties' cross-motions for summary judgment, and after careful review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo to which Defendant filed no objections, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Defendant's Motion for Summary Judgment is DENIED;

3. The Plaintiff's Motion for Summary Judgment is GRANTED insofar as plaintiff requests a remand;

4. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo; and

5. The Clerk's Office shall close this case for statistical purposes.

AND IT IS SO ORDERED:

*/s Paul S. Diamond*
_____
PAUL S. DIAMOND

Case 2:06-cv-00544-PD   Document 22   Filed 02/14/07   Page 2 of 2